William WINGERT, Lewis P. Wingert, and Miller Wingert, Surviving EXECUTORS of Julia E. REAMER, Deceased, Appellants, v. Edwin J. SMEAD, J. William Ernst, and Albert E. Baker, Trustees in Bankruptcy of the ESTATE of Henry F. WINGERT, Bankrupt, Appellees.

No. 3909.

Circuit Court of Appeals, Fourth Circuit.
Dec. 6, 1935.

Miller Wingert, of Hagerstown, Md., for appellants.

Robert H. McCauley and Edward Oswald, Jr., both of Hagerstown, Md., and Alexander Armstrong, of Baltimore, Md., for appellees.

PER CURIAM.

Decree of District Court affirmed, with costs.